COUNTY OF PALM BEACH, *Appellant,* v. THE STATE OF FLORIDA, *Appellee.*

Division B.

Decision filed February 19, 1930.

*Rufus M. Robbins,* for Appellant;

*Custis Nottingham* and *James R. Roads,* for Appellee.

PER CURIAM.—The final decree appealed from dismissed proceedings which sought to validate proposed refunding bonds of the county predicated upon warrants issued against the building fund of the county. The decree is affirmed on the authority of County of Palm Beach v. The State of Florida, this day filed.

Affirmed.

WHITFIELD, P. J., AND STRUM AND BUFORD, J. J., concur.

TERRELL, C. J., AND ELLIS AND BROWN, J. J., concur in the opinion and judgment.